Opinion issued November 6, 2018



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00691-CV

————————————

**ALMA PHILLIPS, CHERYL JACKSON, AND JACQUELINE JACKSON,**
**Appellants**

**V.**

**NATIONSTAR MORTGAGE, LLC AND ALICE FAYE ANDERSON,**
**Appellees**

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 16-DCV-232813**

---

## MEMORANDUM OPINION

Appellants, Alma Phillips, Cheryl Jackson, and Jacqueline Jackson, have neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for

establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.